**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

No. 00-1602

————————

JOHN B. SHELTON,

Plaintiff - Appellant,

versus

MICHAEL SHAMUS; PETER CAPPELLI; CALVIN HARRIS;
WILLIAM JOE HOPPE; VALERIE SCHMIT; CHANDLER &
HALASZ, INCORPORATED; DENISE WHITHURST; JULIE
MANSELL; CAPITOL REPORTING, INCORPORATED; JOHN
BLACK; THOMAS SMALL,

Defendants - Appellees.

————————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond.  Robert E. Payne, District Judge.
(CA-00-16)

————————

Submitted:  September 8, 2000      Decided:  September 15, 2000

————————

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Cir-
cuit Judge.

————————

Affirmed by unpublished per curiam opinion.

————————

John B. Shelton, Appellant Pro Se.

————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John B. Shelton appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Shelton v. Shamus, No. CA-00-16 (E.D. Va. Apr. 6, 2000). Shelton's motion to file a formal brief is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED